3
Lilian G. Tsang, CA SBN 260460
Chapter 13 Standing Trustee
P.O. Box 3051
Modesto, CA 95353-3051
Telephone (209) 576-1954
Fax (209) 576-7984
E-mail: info@mod13.com

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>BARRETT OLIVER TUCKER<br><br><br><br>Debtor | CASE NO. 25-25721<br>DC NO.: LGT-1<br>CHAPTER 13 TRUSTEE'S OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN<br><br>DATE: January 06, 2026<br>TIME: 1:00 pm<br>PLACE: U.S. Bankruptcy Court<br>         501 I Street<br>         Sixth Floor, Courtroom 32<br>         Sacramento, CA 95814<br>JUDGE: Hon. Christopher D. Jaime |

**Lilian G. Tsang**, Chapter 13 Trustee in the above referenced matter, objects to confirmation of the Chapter 13 Plan filed on October 31, 2025, on the following grounds:

## I.

## BASIS OF OBJECTION

**1. The 341 Meeting of Creditors Has Not Been Concluded**

The Trustee has not yet concluded the Meeting of the Creditors as Debtor failed to provide valid proof of identification prior to the 341 hearing on December 3, 2025. The continued meeting will be held on January 15, 2026. Debtor is required to appear and submit to an examination under oath. [11 U.S.C. §343]. The Trustee may have further objections to the plan, based on the testimony of Debtor at the continued Meeting of the Creditors. This case is not ready to be confirmed. The Trustee will supplement this objection when the Trustee becomes aware of further issues regarding confirmation as

is required by Congress under 11 U.S.C. §1302(b)(2)(B).

B) Additionally, Debtor has failed to provide the following required and/or requested documents including, but not limited to:

    i) 2024 Personal Tax Returns

    ii) Class 1 Checklist

    iii) Most Recent Mortgage Statement

    iv) Business Questionnaire

    v) 2024 Business Tax Returns

    vi) Profit and Loss Statements, broken down by month, for April 2025 through September 2025

    vii) Navy Federal Credit Union Account Statements for April 2025 through September 2025

    viii) Business Inventory and Equipment List

**2. Amended Schedule I With Attachment Required**

Debtor lists $4,000.00 in business income on Schedule I, line 8a. (Dkt. 14:27). Trustee is uncertain if this income is gross or net. The Attachment to Schedule I, which provides for Debtor's business income and expenses needs to be filed. Without this document, Trustee is unable to determine whether Debtor's plan is feasible and pays all projected disposable income for the applicable commitment period to Debtor's general unsecured creditors.

## II.

## POINTS AND AUTHORITIES

11 U.S.C §1322(a) provides that a plan shall provide for certain payments to creditors and for payment of claims within specified classes. Pursuant to 11 U.S.C. §1325(a)(1) the Court shall confirm a plan if the plan complies with the provisions of Chapter 13 and with other applicable provisions of this title.

11 U.S.C. §1325(a) provides that the Court shall confirm a plan if certain criteria set forth in §1325(a) is met.

The debtors carry the burden of proving, by a preponderance of the evidence, that the plan

complies with the statutory requirements of confirmation. In re Arnold and Baker Farms, 177 B.R.648, 654 (9th Cir. BAP 1994), In re Warren, 89 B.R. 87, 93 (9th Cir. BAP 1988), In re Wolff, 22 B.R.510, 512 (9th Cir. 1982).

**WHEREFORE**, the Trustee prays that the Court enters an order denying confirmation.

DATED: 12/04/2025

Respectfully submitted,
/s/ Lilian G. Tsang
Lilian G. Tsang,
Chapter 13 Trustee