| | |
|---|---|
| **Case Title:** Barrett Oliver Tucker | **Case No.:** 25-25721 - B - 13 |
| | **Docket Control No.** LGT-1 |
| | **Date:** 01/06/2026 |
| | **Time:** 1:00 PM |

**Matter:** [25] - Objection to Confirmation of Plan by Lilian G. Tsang [LGT-1] (Tsang, Lilian)

**Judge: Christopher D. Jaime**
**Courtroom Deputy: Danielle Mobley**
**Reporter: Not Recorded**
**Department: B**

**APPEARANCES for:**
**Movant(s):**

**Respondent(s):**

## CIVIL MINUTES

Objection Sustained

See Findings of fact and conclusions of law below

Debtor Barrett Tucker having filed a non-opposition to the Chapter 13 Trustee's objection to confirmation of plan, the objection is ordered sustained.

The plan does not comply with 11 U.S.C. §§ 1322 and 1325(a). The objection is sustained and the plan is not confirmed.

**The court will issue an order.**